**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | |
|---|---|
| **JARROD BURTON,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | *   **CA FILE NO:** |
| | * |
| **COMBE INCORPORATED,** | * |
| **WAL-MART STORES EAST, L.P.,** | * |
| **WALMART, INCORPORATED.** | * |
| | * |
| **Defendants.** | |

**COMPLAINT FOR DAMAGES**

**COMES NOW**, Jarrod Burton (hereinafter "Plaintiff") and files this Complaint for Damages against the Defendants named above and shows the Court the following:

**INTRODUCTION**

This is a product liability, negligence and breach of warranty action claiming general and special damages for personal injuries. The claims against the Defendants arise out of the research, design, development, formulation, selection, manufacture, production, testing, inspection, packaging, labeling, marketing, advertising, distribution and sale of a defective and dangerous hair coloring product, *Just for Men® Mustache & Beard*. Plaintiff Jarrod Burton spent several days in a hospital intensive care unit suffering from acute chemical dermatitis which lead to anaphylactic shock, after applying COMBE's *Just for Men®* hair color product the day before.

**PARTIES, JURISDICTION AND VENUE**

1.

The claims against the Defendants arise out of the research, design, development, formulation, selection, manufacture, production, testing, inspection, packaging, labeling, marketing, advertising, distribution and sale of a defective and dangerous hair coloring product, *Just for Men®: Mustache & Beard, M-60, Jet Black.*

2.

Plaintiff is an individual who now and at all times mentioned in this Complaint, is a citizen of the State of Georgia, residing in Plains, Sumter County, Georgia.

3.

Defendant COMBE, INC. (hereinafter "COMBE") is a Delaware corporation with its principle place of business at 1101 Westchester Ave, White Plains, New York, 10604. Defendant COMBE may be served with the Summons and Complaint by service upon its Registered Agent, C.T. Corporation System, 28 Liberty Street, New York, NY 10005.

4.

Defendant WAL-MART STORES EAST, LP (hereinafter "WAL-MART EAST") is a Delaware limited partnership, doing business in the State of Georgia, with its principle place of business at 702 SW 8th Street, Bentonville, Arkansas 72716.  WAL-MART EAST may be served with the Summons and Complaint by service upon its Registered Agent, The Corporation Company (FL) 410 Peachtree Parkway Suite 4245, Cumming, GA 30041, USA.

5.

Defendant WALMART INC. is a Delaware corporation with its principle place of business at 702 SW 8th Street, Bentonville, Arkansas 72716.  WALMART INC. may be served with the Summons and Complaint by service upon its Registered Agent, The Corporations Company (FL) 410 Peachtree Parkway Suite 4245, Cumming, GA 30041, USA.

6.

This Court has original jurisdiction in the matter pursuant to 28 U.S.C. §1332(a)(1) and 28 U.S.C. §1332(c)(1) as Plaintiff and Defendants are citizens of different states and the amount in controversy herein exceeds $75,000.

7.

This Court is a proper venue for this civil action pursuant to 28 U.S.C. §1391(b)(2) and Local Rule 3.4, as the events giving rise to Plaintiff's claims occurred in Webster County, Georgia. Defendants are subject to the jurisdiction and venue of this court.

## FACTUAL ALLEGATIONS

*The Parties*

8.

Upon information and belief and at all times relevant to this Complaint, Defendant COMBE was engaged in the business of research, design, development, formulation, selection, manufacture, production, testing, inspection, packaging, labeling, marketing, advertising, distribution and sale of *Just For Men*® hair color products.

9.

According to the *Just For Men*® product website www.justformen.com/product/mustache-beard, *Just For Men*® hair color products are available through multiple retailers including Amazon, CVS, Target and Rite Aid.[1]

10.

Target, is a retail corporation that operates a chain of discount department stores and hypermarkets stores in all 50 states, including Georgia, and the District of Columbia.  CVS is one of the largest retail pharmacy chains in the United States and operates stores in 49 states, including Georgia, and the District of Columbia.  Amazon is the world's largest online retailer, selling a wide range of consumer products. Amazon's products are offered for sale in all 50 states, including Georgia, and the District of Columbia.

---

[1] COMBE INC. once touted itself as the leading maker of personal care products for men and women.  In addition to Just For Men®, COMBE's brands include Vagisil, Seabond & Astroglide. COMBE has sold hundreds of millions of dollars' worth of products under its brands and its products are promoted, offered and sold nationwide through a wide variety of retail means, including thousands of mass merchandising stores, drug store chains, grocery stores, and retailers, such as Wal-Mart, CVS, Walgreens, Rite-Aid, Kroger, Bed Bath & Beyond, Publix and Amazoon.com.

11.

According to COMBE'S website, "*Today 100 million men in over 60 countries have used Just For Men products to enhance how they look and feel*."

12.

According to the *Just For Men*® product website, Just For Men is "*Tried. Tested. Trusted. By millions of men.*"

13.

According to the product website, *Just For Men*® has "30 years of expertise and is still innovating and still delivering what guys want in gray care".

14.

*Just For Men*® hair color brand promotes its products on popular social media sites such as Instagram, Facebook, "X" (formerly known as Twitter) and YouTube.

15.

*Just For Men*® hair color brand has been featured in prominent men's magazines such as GQ, Esquire and Men's Health Magazine.

16.

The *Just For Men*® product website encourages consumers to "Refer a Friend and Save". By providing an email and sharing a referral link, *Just for Men*® consumers can save on their next *Just For Men* product purchase by referring other potential consumers.

17.

Upon information and belief and at all times relevant to this Complaint, Defendant WALMART INC. owns and operates more than 4,722 retail stores operating as discount, Supercenters, Neighborhood Markets and Sam's Club Stores throughout the United States, including in the State of Georgia.

18.

Defendant WALMART INC. offers *Just For Men®* hair color products for sale to consumers in its retail stores and through online shopping at https://www.walmart.com/ip/Just-for-Men.

19.

Defendant COMBE distributed *Just For Men® Mustache & Beard, M-60 Jet Black* hair color product to nationwide retailers, including Super Walmart store #758 located in Americus Georgia.

20.

Upon information and belief and at all times relevant herein, Defendants WALMART INC. and WAL-MART EAST owned and operated Walmart Supercenter store #758 also known as Americus Supercenter, located at 1711 E. Lamar St., Americus, Georgia 31709, where Plaintiff purchased the subject *Just for Men®* product.

21.

The Court has personal jurisdiction over all Defendants.  Defendant WALMART INC., a foreign profit corporation, and Defendant WAL-MART EAST, a foreign limited partnership, operate retail stores throughout the State Georgia, to include Americus, Sumter County, Georgia. Defendant COMBE has purposefully availed itself of the privilege of conducting activities in the State of Georgia by placing the *Just For Men®* hair color product into the stream of commerce in this state through multiple mass retailers. Defendant COMBE as a manufacturer, distributer and seller of personal care consumer products, distributed *Just For Men®* and its other personal care product brands, to large scale retail outlets with stores in all 50 states including Georgia.  It also offers it brands for sale through the largest e-commerce retailer, Amazon.  COMBE can reasonably expect  that *Just For Men®* products would be sold and used in this state and was in fact sold and used in this state. Jurisdiction over Defendants will not offend traditional notions of fair play and substantial justice and is consistent with due process.

*The Product*

22.

The consumer product involved in this action is *Just For Men® Mustache & Beard, M-60 Jet Black*, an at home hair coloring product. **[Exhibit A]**

23.

Upon information and belief *Just For Men® Mustache & Beard, M-60 Jet Black* is researches, designed, developed, formulated, selected, manufactured, produced, tested, inspected, packaged, labeled, marketed, advertised, distributed and sold by Defendant COMBE and provided to retailers for sale to the ultimate consumer.

24.

COMBE markets *Just For Men®* hair color for application to the hair on the scalp, as well as for coloring the moustache, beard and side burns.

25.

*Just For Men®* hair color contains multiple ingredients, including the well-known chemical allergen, p-Phenylenediamine (hereinafter "PPD").

26.

According to the *Journal of Allergy and Clinical Immunology*, PPD is a strong contact allergen used in hair dye that is known to cause allergic contact dermatitis (ACD).    The Journal further provides:

> ACD reactions to *p*-phenylenediamine (PPD) typically result in eczema, and typical symptoms include itchiness, redness, and swelling, which can be severe, with vesicles at the site of contact allergen exposure. Severe reactions to hair dye can cause swelling of the face and obstruction of the airways, which can even result in hospitalization. Other clinical manifestations include severe scalp eczema and complete or partial hair loss. Additional stimuli, such as cold and dry weather, abrasive activity in damp conditions, and exposure to chemical or mechanical stress, can contribute to the severity of lesions. Together with irritant contact dermatitis, ACD is one of the most abundant occupational diseases in Europe, resulting

in a considerable socioeconomic burden because of the cost of treatment and loss of productivity.[2]

27.

According to the U.S. Environmental Protection Agency:

p-Phenylenediamine is primarily used as a dye intermediate and as a dye.  Acute (short-term) exposure to high levels of p-phenylenediamine may cause severe dermatitis, eye irritation and tearing, asthma, gastritis, renal failure, vertigo, tremors, convulsion, and coma in humans.

Nepis.epa.gov

28.

According to Dermatology Learning Network, in 2006 the American Contact Dermatitis Society designated PPD "Allergen of the Year".[3]   Dermatology Learning Network also noted:

In 1961, PPD was listed as a strong sensitizer by the Consumer Product Safety Commission; only 1 of 5 allergens are labeled as such. While PPD is allowed in hair dyes, the FDA prohibits its use on the skin; nevertheless, black henna tattoo artists may use PPD to promote rapid drying and lasting color in their temporary tattoos."
*Id.*

29.

According to the National Institute of Health, darker shades of hair dye products contain higher concentrations of PPD and its related substances.[4]

30.

Upon information and belief, *Just for Men®* darker hair colors contain greater percentages of PPD than the lighter hair colors.

---

[2] https://www.jacionline.org/article/S0091-6749(19)31606-9/fulltext

[3] https://www.hmpgloballearningnetwork.com/site/thederm/site/cathlab/event/review-acds-allergen-od-year-2000-2015

[4] Vogel TA, Coenraads PJ, Bijkersma LM, Vermeulen KM, Schuttelaar ML, EDEN Fragrance Study Group p-Phenylenediamine exposure in real life – a case–control study on sensitization rate, mode and elicitation reactions in the northern Netherlands. *Contact Dermatitis.* 2015;72(6):355–361. [PubMed] [Google Scholar]

31.

Because the darker shades of *Just For Men®* hair colors contain higher percentages of PPD, consumers using these products for skin testing and/or as a hair color are at greater risk of sensitization.

32.

The front of the *Just For Men®: Mustache & Beard M-60, Jet-Black* product label provides, in part:

> CREAMIER FORMULA,
> EASIER APPLLICATION.
> **BIOTIN, ALOE &**
> **COCONUT OIL**

Biotin (vitamin B7) is a vitamin found in foods like eggs, milk and bananas. Aloe is a versatile plant containing antioxidants. Coconut Oil is an edible oil derived from coconut palm fruit.

33.

The *Just For Men® Mustache & Beard M-60, Jet-Black* product label further states, in part:

> SAFETY WARNINGS: If you have ever experienced any allergic reaction following the use of a hair coloring product, do not use this or any other hair coloring product.
>
> Before using this product, you must perform a preliminary 48-hour skin allergy test according to the enclosed leaflet.
>
> DO NOT COLOR YOUR HAIR IF:
> - You have a rash on your face or sensitive, irritated or damaged scalp.
> - You have ever experienced a reaction after coloring your hair.
> - You have experienced a reaction to a temporary "black henna" tattoo in the past.

34.

Prior to using *Just For Men® Mustache & Beard M-60, Jet-Black,* the Plaintiff used other home hair coloring products without experiencing an allergic reaction.  He did not have a sensitive,

irritated or damaged scalp at the time of use this product and he never experienced a reaction to a henna tattoo.

35.

The *Just For Men® Mustache & Beard M-60, Jet-Black 48*-skin allergy test requires self-administration of strong allergens and chemicals by untrained consumers.

36.

The *Just For Men® Mustache & Beard M-60, Jet-Black* skin allergy test requires self-interpretation by untrained consumers of the results.

37.

Defendant COMBE knows or has reason to know the *Just For Men® Mustache & Beard M-60, Jet-Black* instructions for a skin allergy test do not render the product safe for use where the instructions are highly impracticable, unlikely to be followed correctly and flawed and misleading.

38.

*Just For Men's®* safety warning's reference to *prior* allergic reactions to other hair coloring products is misleading in as much as it leads users who have never experienced allergic reactions from the use hair coloring products, to believe that they are unlikely to experience allergic reaction to *Just For Men®*.

39.

Defendant COMBE knows or should know, that the product has not been rendered safe through its instructions, its 48-hours skin allergy test and that its safety warnings are misleading.

40.

Upon information and belief, widespread consumer complaints persist now, and in the past, from users who consistently report serious risks and side effects, including but not limited to, skin reddening, rash, burning, itching, swelling, blistering, scarring, allergic reactions, anaphylactic

shock, dermatitis, eczema and other serious medical conditions, after using *Just For Men®* hair color products.[5]

41.

Based on ongoing, widespread consumer complaints of adverse effects after application, Defendant COMBE knows or has reason to know that the 48-hour skin allergy test: (1) is not being performed at all; (2) is not being properly performed; (3) is being properly performed but yielding false indicators that the product can be safely applied by the consumer yet still causing serious medical side effects; or (4) that the skin test is defective and does not perform as intended.

42.

Upon information and belief, since approximately 2015 at least one consumer class action has been filed against Defendant COMBE for injuries related to use of *Just For Men®* hair coloring products as well as individual suits filed in state and federal courts across the country.

*The Incident*

43.

In October 2022, Plaintiff purchased *Just For Men® Beard & Mustache M-60, Jet Black* from Walmart Supercenter, Store #758 located at 1711 E. Lamar St., Americus, Georgia, owned and operated by Defendants Walmart and Wal-Mart East.

44.

The *Just For Men® Beard & Mustache M-60, Jet Black* hair color was in its original carton and firmly sealed.

45.

On or about October 26, 2022 Plaintiff performed the "skin allergy test" on his arm and did not observe any adverse reaction.

---

[5] https://www.consumeraffairs.com/cosmetics/just_for_men.html?#reviews;
https://www.justformen.com/product/mustache-beard

46.

On or about October 28, 2022 Plaintiff applied *Just for Men® Beard & Mustache M-60, Jet Black* to his hair in accordance with the instructions. Within 24-hours of applying the product, Plaintiff developed a severe allergic reaction causing him to seek emergency medical treatment.

*Injuries and Damages*

47.

On or about October 29, 2022 Plaintiff presented to a hospital emergency room with complaints including but not limited to, a burning rash, head and facial swelling, serosanguineous fluid draining from his face along with crusting to the face and scalp.

48.

Plaintiff was diagnosed with angioedema, acute chemical dermatitis, acute leukocytosis and acute anaphylaxis. He was later admitted to the Intensive Care Unit of the hospital where he was treated for sepsis due to superinfected dermatitis. The emergency room allergist consult opined that Plaintiff suffered an allergic reaction likely due to "PPD".

49.

As a direct and proximate result of using the *Just for Men ®* product, Plaintiff suffered severe injuries and was hospitalized for several days.

50.

As a direct and proximate result of the defective and dangerous condition of the *Just for Men® Beard and Mustache, M-60 Jet Black* hair color product described in detail below, Plaintiff sustained serious bodily injuries, temporary loss of the use of his eyes and respiratory system, temporary disfigurement, emotional distress, physical pain and suffering, incurred medical expenses and lost wages.

## COUNT I
### STRICT LIABILITY - DESIGN DEFECT (COMBE ONLY)

51.

Plaintiff incorporates paragraphs 1 through 50 of his Complaint as if fully set forth herein.

52.

Defendant COMBE researched, designed, developed, formulated, selected, manufactured, produced, tested, inspected and sold *Just For Men® Mustache & Beard M-60, Jet-Black* hair color, the consumer product involved in this action.

53.

COMBE had direct control of the specifications, formulations, standards and safety for the design, development and manufacture of *Just For Men® Mustache & Beard M-60, Jet-Black.*

54.

The *Just For Men® Mustache & Beard M-60, Jet-Black* product was defectively designed, was not merchantable and reasonably suited to the use intended and its condition when sold is the proximate cause of the injury sustained by Plaintiff.

55.

Defendant COMBE designed, formulated, produced and manufactured *Just For Men® Mustache & Beard M-60, Jet-Black* to include multiple chemical components and ingredients that individually or in combination cause severe skin irritation, severe dermatitis and other life-threatening medical conditions.

56.

COMBE defectively designed *Just For Men® Mustache & Beard M-60, Jet-Black* by including the unreasonably harmful ingredient p-Phenylenediamine (PPD), an extreme sensitizer, rather than using safer chemical alternatives found in other hair coloring products.

57.

COMBE defectively designed *Just For Men® Mustache & Beard M-60, Jet-Black* by including excessively high levels of the unreasonably harmful ingredient p-Phenylenediamine (PPD), an extreme sensitizer, rather than using safer, lower levels of PPD found in other hair color products.

58.

COMBE defectively designed *Just For Men® Mustache & Beard M-60, Jet-Black* by including higher levels of PPD and other chemicals in its dark colors, than its lighter colors, creating an even greater risk over the benefit of the product, rendering it more dangerous than an ordinary consumer would expect.

59.

COMBE failed to design and formulate a product that would reduce the likelihood of foreseeable severe and life-threatening reactions to the known allergen PPD, despite the fact that there were safer chemical alternatives available.

60.

The *Just For Men® Mustache & Beard M-60, Jet-Black* designed, manufactured and supplied COMBE was defective in design or formulation in that the foreseeable risks of severe life-threatening allergic reactions to PPD by users of the product exceeded the benefits associated with the design or formulation for at home hair coloring.

61.

The *Just For Men® Mustache & Beard M-60, Jet-Black* product used by Plaintiff was not materially altered prior to use.

62.

COMBE defectively designed *Just For Men® Mustache & Beard M-60, Jet-Black* in that the "48-hour skin allergy test" cannot be correctly performed or the results correctly interpreted by users, and therefore it fails to adequately mitigate the risk of harm from the product.

63.

COMBE defectively designed *Just For Men® Mustache & Beard M-60, Jet-Black* in that the "48-hour skin allergy test" as designed and formulated is ineffective in alerting users of a risk of severe allergic reaction, and therefore it does not adequately mitigate the risk of harm from use of the product.

64.

As formulated, designed, manufactured, developed, inspected and tested, distributed and sold the *Just For Men® Mustache & Beard M-60, Jet-Black* and its component parts was defective, inherently dangerous and unsafe for foreseeable users because there existed an unreasonable likelihood of severe and left threatening allergic reaction from one or more of its chemical ingredients, including the unreasonably dangerous chemical ingredient PPD, resulting in harm-causing incidents during its intended and expected use.

65.

The latent defects in *Just For Men® Mustache & Beard M-60, Jet-Black* hair color exposes the intended and expected user to an unreasonable risk of an otherwise avoidable injury by exposing users to well-known skin sensitizers and contact allergen, p-Phenylenediamine and other chemicals.

66.

The latent defects were unknown to Plaintiff.   As formulated, developed, designed, and sold, *Just For Men® Mustache & Beard M-60, Jet-Black* is defective, dangerous, and unsafe for foreseeable users and fails to adequately provide safety against a consumer's developing a severe allergic reaction.

67.

At all times herein, a safer, alternative design was available to COMBE by use of safer chemical alternatives found in other hair coloring products, therefore minimizing and/or eliminating the risk of severe allergic reaction to PPD without impairing the usefulness of the product.

68.

At all times herein, a safer, alternative design was available to COMBE by reducing the amount of PPD contained in the product to minimize and/or eliminating the risk of severe allergic reaction to PPD, without impairing the usefulness of the product.

69.

COMBE's design and manufacture of the defective *Just For Men®: Mustache & Beard M-60, Jet-Black* was the proximate cause of Plaintiff's injury.

70.

COMBE is strictly liable in tort for the injuries to Plaintiff JARROD BURTON.

71.

Plaintiff has incurred damages, including but not limited to temporary disfigurement, physical injury, mental and emotional distress, medical expenses and lost wages.

72.

COMBE is liable for the design defects in the subject product pursuant to O.C.G.A. §51-1-11 where the risks inherent in the design and formulation of the product outweighed any utility of the chosen design, thereby rendering the product not reasonably suited to the use for which it was intended.

73.

By reason of the foregoing, Plaintiff is entitled to recover damages for his personal injuries sustained as a proximate result of the defective *Just For Men®: Mustache & Beard M-60, Jet-Black.*

## COUNT II
### STRICT LIABILITY - MANUFACTURING DEFECT (COMBE ONLY)

74.

Plaintiff incorporates paragraphs 1 through 73 of his Complaint as if fully set forth herein.

75.

At all times mentioned in this Complaint, *Just For Men® Mustache & Beard M-60, Jet-Black* product was defective in that it was not properly prepared and/or the product manufactured and distributed differed from the manufacturer's intended results.

76.

At all times mentioned in this Complaint, *Just For Men® Mustache & Beard M-60, Jet-Black* product was defective and unsafe in manufacture, and was so at the time it was distributed by COMBE and used by Plaintiff.

77.

At all times mentioned in this Complaint, these defects in the *Just For Men® Mustache & Beard M-60, Jet-Black* product caused serious injuries to the Plaintiff when the product was used in its intended and foreseeable manner, that is when applied to hair as directed, and in the manner recommended by COMBE.

78.

COMBE is liable for the manufacturing defects in the subject product pursuant to O.C.G.A. §51-1-11 because the product when sold by COMBE was not merchantable and reasonably suited to its intended use and proximately Plaintiff's physical injuries, temporary disfigurements, pain and suffering, mental and emotional distress and lost income.

## COUNT III
### FAILURE TO WARN – ALL DEFENDANTS

79.

Plaintiff incorporates paragraphs 1 through 78 of his Complaint as if fully set forth herein.

80.

Defendants COMBE, WALMART INC. and WALMART EAST failed to provide consumers with sufficient warnings to appreciate the significance of the medical risks posed by *Just For Men®: Mustache & Beard M-60, Jet-Black,* even when used as directed.

81.

As the manufacturer of *Just For Men® Mustache & Beard M-60, Jet-Black* Defendant COMBE is held to the level of knowledge of an expert in the field of chemical hair coloring and had a duty to provide adequate warning and instructions to consumers based upon its knowledge of the risks.

82.

As the distributor, seller and/or retailer of *Just For Men® Mustache & Beard M-60, Jet-Black* hair color WALMART INC. and WAL-MART EAST knew or should have known of the dangers of the product, even when used as directed, from well-known consumer complaints and lawsuits about the product.

83.

Defendants knew or should have known that *Just For Men® Mustache & Beard M-60, Jet-Black* hair color created and unnecessary risk of rash, burn, allergic reaction, anaphylactic shock, skin irritation, and other serious medical conditions.

84.

Defendants knew or should have known that chemicals in the *Just For Men® Mustache & Beard M-60, Jet-Black* hair color including, but not limited to p-Phenylenediamine, a well-known skin sensitizer, can lead to allergic contact dermatitis with severe allergic reactions and other life-threatening conditions.

85.

Defendants had a duty to warn Plaintiff and intended users specifically of the severe medical conditions associated with p-Phenylenediamine (PPD) allergy, including severe dermatitis, anaphylactic shock and other life-threatening medical conditions.

86.

Defendants failed to properly warn consumers, including Plaintiff concerning the severe, adverse medical conditions associated with PPD combined with other chemicals, which may result from the use of *Just For Men®: Mustache & Beard M-60, Jet-Black* product.

87.

Defendants failed to properly warn consumers, including Plaintiff, that the "48-hour skin allergy test" was impractical, unrealistic and uncontrolled and increased the risk of harm and created a false sense of product safety.

88.

Defendants failed to properly warn consumers, including Plaintiff, that the darker color *Just For Men® Mustache & Beard M-60, Jet-Black* products contained higher levels of active ingredients, including PPD, thus placing persons using darker hair colors at greater risk of physical injury.

89.

Defendants failed to provide adequate warning and/or instructions where Defendants knew or should have known that the product created significant risks of serious bodily harm to consumers and Plaintiff, and they failed to adequately warn consumers and Plaintiff of such risks and/or failed to provide adequate and non-misleading instructions to Plaintiff to avoid such risks.

90.

Defendants' failure to provide adequate warnings of the risks associated with *Just For Men® Mustache & Beard M-60, Jet-Black*, a product containing PPD, was the proximate cause of Plaintiff's injuries.

91.

Plaintiff has incurred damages, including but not limited to temporary disfigurement, physical injury, mental and emotional distress, medical expenses and lost wages.

## COUNT IV
## BREACH OF EXPRESS AND IMPLIED WARRANTY - ALL DEFENDANTS.

92.

Plaintiff incorporates paragraphs 1 through 91 of his Complaint as if fully set forth herein.

93.

Through express and implied warranties, Defendants represented that the *Just For Men®* products, including the *Mustache & Beard M-60, Jet-Black* used by Plaintiff was safe.

94.

Through express and implied warranties, Defendants represented that the *Just For Men®* products, including the *Mustache & Beard M-60, Jet-Black* used by Plaintiff, was fit for the particular purpose intended by Plaintiff in coloring his hair.

95.

Through express and implied warranties, Defendants represented that the *Just For Men®* products, including the *Mustache & Beard M-60, Jet-Black* used by Plaintiff, were safe by claiming *Just For Men®* is the "*World's Leader in Men's Haircolor*" and *Just For Men®* products are "*Tried. Tested. Trusted. By millions of men.*" as described on at the product website justformen.com.

96.

Through express and implied warranties, Defendants represented that the "48-hour skin allergy test" was an effective way to determine if the product was safe for Plaintiff to use.

97.

As a direct and proximate result of Plaintiff's use of *Just For Men® Mustache & Beard M-60, Jet-Black* and his reliance on Defendants' representations regarding quality and safety, JARROD BURTON has incurred damages, including but not limited to damages for temporary disfigurement, physical injuries, mental and emotional distress, pain and suffering and economic loss, now and in the future.

## COUNT V
## NEGLIGENCE – ALL DEFENDANTS

98.

Plaintiff incorporates paragraphs 1 through 97 of his Complaint as if fully set forth herein.

99.

COMBE had a duty to exercise reasonable care to design, develop, select, manufacture, inspect, test, and sell the *Just For Men®: Mustache & Beard M-60, Jet-Black* and its components so as to not subject consumers to an unreasonable risk of harm.  COMBE breached its duty to exercise reasonable care with respect to the hair color product.

100.

In so designing, testing, manufacturing, marketing, selling and distributing defective *Just For Men®: Mustache & Beard M-60, Jet-Black* hair color the Defendant COMBE breached its duty, which caused injury to the Plaintiff.

101.

Defendants WALMART INC. and WAL-MART EAST had a duty to consumers and Plaintiff, to exercise a reasonable degree of care, diligence, and skill to adequately warn specifically of the severe and life-threatening medical conditions such as severe dermatitis, anaphylactic shock and other allergic reactions associated with p-Phenylenediamine (PPD) and other chemicals contained in the product.

102.

In so failing to adequately warn consumers and Plaintiff, WALMART INC. and WAL-MART EAST breached its duty, which caused injury to the Plaintiff.

## COUNT VI
## SPECIAL DAMAGES

103.

Plaintiff incorporates paragraphs 1 through 102 of his Complaint as if fully set forth herein.

104.

As a direct and proximate cause of Defendants' conduct and negligence, Plaintiff incurred special damages as follows to date:

| | |
|---|---|
| Phoebe Sumter Medical Center | $28,567 |
| Lost Wages | $2,100 |

105.

Plaintiff's known special damages through the filing of this Complaint are approximately $30.666, the total amount of special damages to be determined before trial.

106.

Pursuant to O.C.G.A. §9-11-9(g) and O.C.G.A. §51-12-2(b) Plaintiff JARROD BURTON is entitled to recover General and Special damages from Defendants in an amount to be determined at trial in the form of medical expenses and/or expenses incurred with the past, present and future treatment of Plaintiff, pain and suffering, lost wages as well as any other items of expense.

## COUNT VII
## <u>PUNITIVE DAMAGES</u>

107.

Plaintiff incorporates paragraphs one (1) through (106) of his Complaint as if fully set forth herein;

108.

At all times relevant herein, Defendant COMBE had actual knowledge of the harmfulness of its *Just For Men®* hair color brand and the injuries caused by its product through widespread consumer complaints, through class action lawsuits and through individual suits filed in state courts throughout the United States.

109.

Upon knowledge and belief, since approximately 2015, COMBE acquired actual knowledge that its hair color products were defective and causing serious injuries to consumers, from its own settlement of lawsuits, including class actions suits.

110.

Defendant COMBE continues to manufacture and sell *Just For Men®* hair color products despite ongoing complaints about redness, itching, swelling, rash, acute chemical dermatitis, anaphylactic shock and other severe adverse medical conditions associated with allergic reactions.

111.

Defendant COMBE continues to rely on the "48-hour skin allergy test" as a safety mechanism. The number of ongoing consumer complaints regarding severe reactions to the products after use suggest (1) that the "48-hours skin allergy test" is ineffective at predicting allergic reaction and therefore prevents the consumer from making an informed decision before use; and (2) that consumers are not conducting the "48-hour skin allergy test" as instructed.

112.

COMBE is guilty of wanton and reckless misconduct, and such entire want of care to raise the presumption of conscious indifference to the consequences.

113.

COMBE's misconduct is so aggravating it authorizes, warrants and demands the imposition of substantial punitive damages against COMBE pursuant to O.C.G.A. §51-12-5.1

**COUNT VIII**
**ATTORNEYS FEES AND COST OF LITIGATION**

114.

Plaintiff incorporates paragraphs 1 through 113 of his Complaint as if fully set forth herein.

115.

Defendant COMBE has acted in bad faith, been stubbornly litigious, and has caused Plaintiff unnecessary trouble and expense authorizing an award of Plaintiff's expenses of litigation, including attorney's fees, pursuant to O.C.G.A. §13-6-11 and Plaintiff is entitled to recover from Defendants all expenses of litigation, including reasonable attorney's fees incurred in bringing this action.

**WHEREFORE,** Plaintiff having fully plead respectfully request the following relief:

1. That process issue directing the Defendants to answer this Complaint as required by law;
2. That Defendants be served with a copy of the Complaint and process in the manner as required by law;
3. That judgment be entered in favor of Plaintiff for general and special damages jointly and severally against the Defendants.
4. For an award of punitive damages to punish and deter COMBE INC. pursuant to O.C.G.A. §51-12-5.;

5.      That all costs of this action, to include attorneys' fees, be taxed against the Defendants pursuant to O.C.G.A. §13-6-11;

6.      For a trial by jury of twelve (12); and,

7.      For such other and further relief as this Court deems just, fit and proper.

Respectfully submitted this 11th day of October 2024.

**PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.**

By: /s/LaRae D. Moore
LaRae D. Moore, Esq.
GA Bar No.: 223379
lmoore@pagescrantom.com

P.O. Box 1199
Columbus, GA 31902-1199
T: 706-324-0251
F: 706-243-0417

James C. Clark, Jr.
GA Bar No.: 154102
jclark@pagescrantom.com